UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.        Civil No. 08-mc-72-PB

<u>Richard Wyckoff</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 1, 2008, no objection having been filed. Therefore, Mr. Wyckoff is hereby ordered to obey the summons and that he appear on January 12, 2009 at 9:00 a.m. at 1000 Elm Street, Suite 900, Manchester, New Hampshire, before Denise Anderson to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of April 9, 2008. The government is awarded its costs.

    SO ORDERED.


December 31, 2008                  /s/Paul J. Barbadoro
                                              Paul J. Barbadoro
                                              United States District Judge

cc:    T. David Plourde , AUSA
        Richard Wyckoff, pro se